# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 18, 2013

No. 12-10812

Lyle W. Cayce
Clerk

LAREDO LASER & SURGERY LIMITED,

Plaintiff - Appellant

v.

BLUE CROSS BLUE SHIELD OF TEXAS, a Division of Health Care Service
Corporation, a Mutual Legal Reserve Company,

Defendant - Appellee

Appeal from the United States District for the
Northern District of Texas, Dallas
3:10-CV-503

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. Loc.  R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.